IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KELLEY MARTIN, | * | |
| Plaintiff, | * | |
| v. | * | |
| CONVERGENT OUTSOURCING, INC., | * | 6:16-cv-64 |
| Defendant. | * | |

ORDER

Presently before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 4). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA